UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| DECOREY LONDON, ET AL. | NO. 25-00041-BAJ-SDJ |

## SECOND AMENDED SCHEDULING ORDER

Considering Defendant Kenterrius Kelly's ("Defendant Kelly") **Motion To Continue Trial And Suspend Speedy Trial (Doc. 51, the "Motion")**, in which Defendant Kelly requests a second continuance of the Jury Trial date and pre-trial deadlines, and to which both the United States and Defendant Decorey London ("Defendant London") consent,

**IT IS ORDERED** that Defendant Kelly's **Motion (Doc. 51)** be and is hereby **GRANTED** as to all Defendants.

**IT IS FURTHER ORDERED** that the Amended Scheduling Order (Doc. 49) in this matter be and is hereby **AMENDED**, as to all Defendants, as follows:

- The Substantive Motion Filing deadline is **RESET** for November 26, 2025;
- The United States and Defendant Expert Witness Disclosures deadline/the deadline to submit Expert Witness Reports is **RESET** for November 26, 2025;
- The deadline to respond to Expert Witness Disclosures is **SET** for December 8, 2025;

- The deadline to file motions in limine is **SET** for December 8, 2025;

- The Pretrial Conference is **RESET** for December 11, 2025, at 2:30 P.M. in Chambers;

- The deadline to submit proposed jury instructions, voir dire, and verdict forms is **SET** for January 5, 2026;

- The deadline to file witness and exhibit lists is **SET** for January 5, 2026;

- The Jury Trial is **RESET** to begin on January 12, 2026, at 8:30 A.M. in Courtroom 2.

**IT IS FURTHER ORDERED** that the time attributable to the consideration of Defendant Kelly's Motion is excluded from the time limitations of the Speedy Trial Act, 18 U.S.C. § 3161, for all Defendants. Specifically, the Court finds that Defendant Kelly requires a continuance beyond his current trial date to pursue an amicable resolution prior to trial. The Court determines that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" because failure to grant this continuance would deny Defendant Kelly the right to adequate and effective counsel, would deny Defendant Kelly's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and could result in a miscarriage of justice. *Id.* at § 3161(h)(7). As previously specified, both the United States and Defendant London consent to Defendant Kelly's Motion.

Baton Rouge, Louisiana, this 29th day of August, 2025

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA